denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE CITY OF NEW YORK v. THE EMPIRE CITY SUBWAY CO., LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ANTHONY BASSLER v. ALASKA PACIFIC COAL COMPANY and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JAMES P. LOGAN and Others v. UNITED INTERESTS, INC.— Motion for leave to appeal granted; question certified. Motion for reargument denied. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of the Judicial Settlement of MARGARET OLIVIA SAGE, Deceased. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page Merrell and McAvoy, JJ.

BOND AND MORTGAGE GUARANTEE COMPANY v. CHARLES R. TEMPLE, Appellant. PETER H. McARDLE and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

FRANKLIN H. BROWN v. J. HARRY TREGOE and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of the Application of INTEROCEAN MERCANTILE CORPORATION and Others v. GERTRUDE A. BUELL, as Executrix, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of DAVID PRICE, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ROSA BRAUN v. NEW YORK, NEWFOUNDLAND AND HALIFAX S. S. COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

GEORGE H. WALKER v. TRULY WARNER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NATIONAL ASSOCIATION OF CERTIFIED PUBLIC ACCOUNTANTS.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JACOB B. KAPLAN v. CHARLES LUBIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

NEMOURS-STEVENS, LTD., v. NEMOURS TRADING CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of MARY J. PIERSON, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of JOSEPH R. DeLAMAR, Deceased.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ANNETTA GARMENT COMPANY v. KURLANDER BROTHERS & HARFIELD CLOAK AND SUIT COMPANY.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

NEMOURS-STEVENS, LTD., v. NEMOURS TRADING CORPORATION.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.